IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20188
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEONARD NEAL JACKSON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CR-182-1
- - - - - - - - - -
February 24, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Leonard Neal Jackson appeals from his conviction by guilty plea of bribery of a public official. Jackson contends that the district court erred by denying his motion to withdraw his guilty plea.

We have reviewed the record and the briefs of the parties and we find that the district court did not abuse its discretion by denying Jackson's motion to withdraw his plea. *United States v. Carr*, 740 F.2d 339, 344 (5th Cir. 1984). Accordingly, we affirm Jackson's conviction.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.